UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JANE DOE NO. 62, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:16-cv-01480-JMS-DML |
| ) | |
| DELTA TAU DELTA BETA ALPHA ) | |
| CHAPTER, ) | |
| ) | |
| Defendant. ) | |

## Entry and Order from Settlement Conference

The plaintiff, in person and by counsel, and the defendant, by its authorized representative and by counsel, appeared for a settlement conference on December 21, 2018, with the magistrate judge. The conference was held and concluded with the parties' agreement on settlement terms.

Therefore, all pending motions, if any, are now DENIED AS MOOT and all previously ordered dates relating to discovery, filings, schedules, conferences, and trial, if any, are VACATED.

Within forty-five days of the date of this entry, counsel for the plaintiff shall file a motion to dismiss this cause and submit an order for the Court's signature ordering the dismissal of this action or a stipulation of dismissal (consistent with the agreement of the parties). Additional time to complete the execution of the settlement documents may be granted if requested in writing before expiration of this period.

So ORDERED.

Date: 1/2/2019

_Debra McVicker Lynch_
Debra McVicker Lynch
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record by email through the court's ECF system