UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

JANE DOE NO. 62,

    Plaintiff,

vs.                              CAUSE NO. 1:16-CV-1480-JMS-DML

INDIANA UNIVERSITY BLOOMINGTON,
DELTA TAU DELTA BETA ALPHA CHAPTER,
BETA ALPHA SHELTER OF DELTA TAU DELTA
FRATERNITY, INC., and DELTA TAU DELTA,

    Defendants.
_____/

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, JANE DOE NO. 62, and Defendant, DELTA TAU DELTA BETA ALPHA CHAPTER, by and through their undersigned counsel, file this Stipulation of Voluntary Dismissal with Prejudice of Defendant, DELTA TAU DELTA BETA ALPHA CHAPTER, pursuant to Fed.R.Civ.P. 41(a)(1), with each side to bear their own costs and attorneys' fees.

Dated: January 30, 2019

| | |
|---|---|
| HERMAN LAW | COKINOS YOUNG |
| 5200 Town Center Cir. #540 | Las Cimas IV |
| Boca Raton, Florida  33486 | 900 S. Capital of Texas Highway, Suite 425 |
| Tel:  305-931-2200; Fax: 305-931-0877 | Austin, TX 78746 |
| | |
| By:   */s/ Stuart Mermelstein* | By:   */s/ Jennifer A. Riso* |
| Jeff Herman, Esq. | Jennifer A. Riso, Esq. |
| jherman@hermanlaw.com | jriso@cokinoslaw.com |
| Stuart Mermelstein, Esq. | Attorneys for Defendants |
| smermelstein@hermanlaw.com | |
| Attorneys for Plaintiff | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been electronically served via CM/ECF system.  Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system:

Jennifer a. Riso
Cokinos Young
Las Cimas IV
900 S. Capital of Texas Highway, Suite 425
Austin, TX 78746
jriso@cokinoslaw.com

                                                 By:   */s/ Stuart Mermelstein*
                                                         Stuart Mermelstein
                                                         HERMAN LAW